UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| Maverick Kendrick,<br><br>      Plaintiff,<br><br>-v.-<br><br>Greenburgh Housing Authority,<br>Greenburgh Town Hall Clerk Office,<br><br>      Defendants. | **ORDER FOR CONFERENCE**<br>**PURSUANT TO RULE 16(a)**<br><br><br><br><br><br>07 Civ. 5859 (JSR)(FM) |

**FRANK MAAS**
**UNITED STATES MAGISTRATE JUDGE.**

1. **APPEARANCES**:

   Plaintiff Maverick Kendrick, *pro se*
   280 Riverdale Avenue #4N
   Yonkers, New York 10705
   (914) 410-3235

   Martin S. Tackel, Esq.
   Tackel & Varachi, LLP
   Attorney for Defendant
   Greenburgh Housing Authority
   445 Hamilton Avenue, Ste. 1501
   White Plains, New York 10601
   (914-997-0905)

   Timothy W. Lewis, Esq.
   Town Attorney, Town of Greenburgh
   Attorney for Defendant s/h/a Greenburgh Town Hall Clerk's Office
   177 Hillside Avenue
   Greenburgh, New York 10607
   (914-993-1546).

> USDC SDNY
> DOCUMENT
> ELECTRONICALLY FILED
> DOC #: _____
> DATE FILED: 3/30/09

2. **ISSUES:** Plaintiff alleges that (i) the eviction of his family in 2006 by his landlord, defendant Greenburgh Housing Authority, for failure to pay back rent was a result of unlawful discrimination, retaliation and harassment, and that (ii) the defendant Town of Greenburgh s/h/a Greenburgh Town Hall Clerk's Office acted unlawfully to prevent the plaintiff from having his case heard in Greenburgh Town Court. Plaintiff claims monetary damages for alleged psychological damage and physical injuries due to insect bites, and other unspecified damages. The defendants deny plaintiff's allegations of liability and damages, and assert, among other things, that plaintiff's Complaint fails to state a cause of action.

3. **SCHEDULE:**

   a. Depositions: To be conducted during the period September through November 2009.

       1. Plaintiff Maverick Kendrick

       2. (i) Raju Abraham, Greenburgh Housing Authority; and
          (ii) A Greenburgh Housing Authority employee with knowledge, if any

       3. (i) Clerk of Town of Greenburgh Justice Court
          (i) A Town of Greenburgh employee with knowledge, if any

| | |
|---|---|
| b. First Request for Production of Documents and/or Request for Interrogatories due by: [If needed, any party may serve upon any other party written interrogatories, not exceeding 25 in number including all discrete subparts.] | May 15, 2009 |
| Responses to Demands due by: | July 8, 2009 |
| Plaintiff to submit to Independent Medical/Pyschological Examination(s) by: | 45 Days after Completion of Party Depositions |
| c. Expert Report(s), if any, to be supplied by: | October 31, 2009 |
| Expert Depositions to be completed by: | November 30, 2009 |
| d. Date prior to conclusion of discovery when telephonic status conference with counsel to the parties and the Court to be held: | October 14, 2009, at 10 a.m. |
| e. Discovery to be completed by: | December 31, 2009 |

4. Testimony by medical experts regarding damages is anticipated.

5. Anticipated length of trial is one week.

6. The Parties acknowledge that courtesy copies of all motion papers should be submitted to Chambers.

2

7. The Parties acknowledge that this Scheduling Order may be altered or amended only by a showing of good cause not foreseeable at the time of the conference or when justice so requires.

**SO ORDERED**

Dated: New York, New York
March 27, 2009

_____
FRANK MAAS
United States Magistrate Judge

Copies to:

Hon. Jed S. Rakoff
United States District Judge

Maverick Kendrick
280 Riverdale Avenue, Apt. #4N
Yonkers, New York 10705
[By First Class and Certified Mail]

Martin S. Tackel, Esq.
Tackel & Varachi LLP
Fax: (914) 997-2021

Timothy W. Lewis, Esq.
Town of Greenburgh, Office of Town Attorneys
Fax: (914) 993-1656